RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Freddie Lee Broadus

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>FREDDIE LEE BROADUS,<br><br>   Defendant. | Case No. 2:22-mj-927-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Freddie Lee Broadus, that the remaining term of unsupervised probation be terminated, all property confiscated at the time of arrest be returned, and the above-captioned matter be closed.

This Stipulation is entered into for the following reasons:

1. On September 6, 2023, Mr. Broadus entered into a Petty Offense Plea Agreement with the United States in which he agreed to plead guilty to Count One

of the Complaint, Reckless Driving in violation of 36 C.F.R. § 4.2(b), NRS 484B.653. *See* ECF No. 17.

2. The parties agreed to recommend that Mr. Broadus be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $400 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's Victim Impact Panel; (iii) complete an 8-hour Drug and Alcohol Awareness course and (iv) not violate any local, state, or federal laws for a period of six (6) months.

3. On September 6, 2023, this Court sentenced Mr. Broadus pursuant to the parties' plea agreement.

4. Since commencing his term of unsupervised probation, Mr. Broadus has successfully completed conditions (i), (ii), (iii) and (iv).

5. Considering Mr. Broadus has successfully completed all terms and conditions of his sentence, the parties jointly request that the remaining term of unsupervised probation be terminated, all property confiscated at the time of arrest be returned, and the above-captioned matter be closed.

DATED this 22nd day of March 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREDDIE LEE BROADUS,<br><br>　　　　Defendant. | Case No. 2:22-mj-927-BNW<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Broadus has successfully completed all terms and conditions of his sentence.

**ORDER**

IT IS HEREBY ORDERED that because Mr. Broadus has completed all terms and conditions of his sentence and unsupervised probation, this case be closed.

IT IS FURTHER ORDERED that any and all property confiscated by the arresting agency be released and returned to Mr. Broadus without any undue delay.

DATED this _5_ day of April 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3